# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WILLIAM HAMAN,**

    **Plaintiff,**

vs.                                                           **Case No. 4:06cv198-WS/WCS**

**JEB BUSH,**
**et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

The *pro se* Plaintiff has filed an amended civil rights complaint, doc. 7, a motion to waive service of process, a successive motion to waive service of process, doc. 11, and a motion for a court order, doc 12. Plaintiff's motion for a court order, doc. 12, requests print outs and checks from the Bank of America. The motion is insufficient and its face, doc. 12, and is denied.

Plaintiff's first motion to waive service of process, doc. 10, was filed on May 15th, and states that Plaintiff lacks sufficient funds to pay for service of process and that he waives his service of process rights. The second motion, doc. 11, filed on May 17th, is virtually identical. Plaintiff is advised that he cannot waive service of process for a defendant. Nevertheless, because Plaintiff has been granted *in forma pauperis* status,

the Court *may* direct service for the *pro se* Plaintiff.  Thus, Plaintiff's motions to waive service of process, docs. 10 and 11, are denied in a separate order.

Plaintiff's amended complaint, doc. 7, has been reviewed for frivolity to determine whether the complaint is sufficient to state a claim such that service should be directed.  Plaintiff has named eight persons as Defendants in this case, and claims that Florida Governor Jeb Bush and Attorney General Charlie Crist "lied about 3 letters" Plaintiff says he sent them.  *Id.*  Plaintiff contends that these two Defendants blackmailed another Defendant, state attorney Bradley King, and claims that King and his brother Stephan stole lottery money from Plaintiff between 1990 and 1994.  *Id.*  Plaintiff also alleges that there has not been a tobacco lawsuit brought by the State of Florida, and claims that other people have been wrongfully arrested.  *Id.*  Plaintiff asserts that Defendant Graham, a county judge, has abused people in his court and told them to pay him for fines instead of writing checks to the clerk.  *Id.*  Plaintiff also believes Judge Graham has covered up crime in Georgia.  *Id.*  Plaintiff alleges the clerk, Betty Strifler, has stolen "checks that go in her name."  *Id.*  Plaintiff claims Defendant Graham stole his checks and alleges he is criminal insane.  *Id.*

Plaintiff's allegations concern events which occurred prior to 1994.  All such claims are barred by the statute of limitations.  Plaintiff also has failed to identify any constitutional right that has been violated by any Defendant.  Plaintiff's claims are conclusory, lack any factual basis, and are clearly frivolous.  The actions of county judges who issue court orders are protected by judicial immunity and may not be challenged in a civil rights action.  Furthermore, Plaintiff's complaints against the Governor and Attorney General of the State of Florida are clearly removed from reality.

Case No. 4:06cv198-WS/WCS

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's amended complaint, doc. 7, be **DISMISSED** for failure to state a claim upon which relief may be granted and because it is frivolous.

**IN CHAMBERS** at Tallahassee, Florida, on May 30, 2006.

 s/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**