IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM HAMAN,

       Plaintiff,

v.                                       4:06cv198-WS

JEB BUSH, et al.,

       Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 15) docketed May 30, 2006. The magistrate judge recommends that the plaintiff's amended complaint be dismissed. The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 15) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's amended complaint is DISMISSED for failure to state a claim upon which relief may be granted and because it is frivolous.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this July 10, 2006.

                                       s/ William Stafford
                                       WILLIAM STAFFORD
                                       SENIOR UNITED STATES DISTRICT JUDGE